**Virasone SIARIYA, Appellant,**

v.

**IMMIGRATION AND NATURALIZATION SERVICE, Appellee.**

**No. 02–3219.**

United States Court of Appeals, Eighth Circuit.

Submitted Dec. 18, 2002.

Decided Dec. 23, 2002.

Before WOLLMAN, MORRIS SHEPPARD ARNOLD, and MELLOY, Circuit Judges.

PER CURIAM.

Virasone Siariya appeals the district court's[1] dismissal without prejudice of his petition for review of the United States Immigration and Naturalization Service's denial of his application for naturalization. Mr. Siariya filed his petition in March 2002, but never effected service on either the United States Attorney or the Attorney General of the United States. *See* Fed.R.Civ.P. 4(i). After reviewing the record, we conclude that the district court did not abuse its discretion in dismissing his petition. *See* Fed.R.Civ.P. 4(m); *Edwards v. Edwards,* 754 F.2d 298, 299 (8th Cir. 1985) (per curiam).

Accordingly, we affirm. *See* 8th Cir. R. 47B. We express no opinion as to the merits of Mr. Siariya's petition, and we

---

1. The Honorable David S. Doty, United States District Judge for the District of Minnesota.

note dismissal without prejudice does not bar renewal of his application.